FILED: **9/24/13**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRANDON LOTTIE, | |
|     PLAINTIFF, | |
| v. | Case No. 4:13-cv-458-RAS |
| AUDUBON FINANCIAL BUREAU LLC, and | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | |
|     DEFENDANTS | |

## CLERK'S ENTRY OF DEFAULT

Based upon Plaintiff's Request for Clerk's Entry of Default and pursuant to Fed. R. Civ. P.55(a), DEFAULT of Defendant, Audubon Financial Bureau LLC, is hereby entered.

*David Maland*
Clerk

1